**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RODNEY D. TATUM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 3:04-0748** |
| **DANIEL WOODS and KELLOGG** | ) | **Judge Echols** |
| **BROWN & ROOT, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant Daniel Woods' Motion for Summary Judgment (Docket Entry No. 57) is hereby GRANTED. This case is hereby DISMISSED WITHOUT PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE